UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X

MARIA RAMOS RAMIREZ                                    Civil Action No.: 2:24-cv-00121
                                                                           (MCA) (CLW)
                         Plaintiff,

         -against-                                        **STIPULATION EXTENDING
                                                      TIME TO ANSWER**

EMPIRE MANAGEMENT GROUP LLC, KALEH
MOSTAFA, and THERESA SANCHEZ MOSTAFA

                         Defendants.
------------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff, MARIA RAMOS RAMIREZ ("Plaintiff"), and the undersigned counsel for Defendants, EMPIRE MANAGEMENT GROUP LLC, KALEH MOSTAFA, and THERESA SANCHEZ MOSTAFA ("Defendants"), that the time for Defendants to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through May 15, 2024, with the consent of Plaintiff; and

       **IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts and electronic or facsimile signatures shall be deemed originals for the purpose of filing.

| | |
|---|---|
| Dated: New York, New York<br>April 15, 2024 | Dated: Woodbury, New York<br>April 15, 2024 |
| PECHMAN LAW GROUP PLLC<br>*Attorneys for Plaintiff* | KAUFMAN DOLOWICH LLP<br>*Attorneys for Defendants* |
| _____<br>Louis Pechman. Esq.<br>Camille Sanchez, Esq.<br>Galen C. Baynes, Esq.<br>488 Madison Ave., Suite 1704<br>New York, NY 10022<br>(212) 583-9500<br>pechman@pechmanlaw.com<br>sanchez@pechmanlaw.com<br>baynes@peachmanlaw.com | _____<br>Rashmee Sinha, Esq.<br>Solomon Abramov, Esq.<br>135 Crossways Park Drive, Suite 201<br>Woodbury, NY 11797<br>(516) 681-1100<br>rsinha@kdvlaw.com<br>sabramov@kdvlaw.com |