UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA RAMOS RAMIREZ,<br><br>        *Plaintiff*,<br><br>-against-<br><br>EMPIRE MANAGEMENT GROUP LLC,<br>KALEH MOSTAFA, and<br>THERESA SANCHEZ MOSTAFA,<br><br>        *Defendants*. | Case No. 2:24-cv-00121<br>(MCA)(CLW)<br><br>**CORPORATE DISCLOSURE<br>STATEMENT** |

   Pursuant to Fed. R. Civ. P. 71, Defendant, Empire Management Group LLC, ("Empire"), being a nongovernmental corporate party, by and through its attorneys, Kaufman Dolowich LLP, hereby discloses that Defendant Empire has no parent corporation and there is no publicly held corporation that owns 10% or more of Defendant Empire's stock.

Dated: June 3, 2024
   Woodbury, New York

                 KAUFMAN DOLOWICH LLP
                 *Attorneys for Defendant Empire Management Group, LLC*

                 By: _____
                    Rashmee Sinha, Esq.
                    Solomon Abramov, Esq.
                    135 Crossways Park Drive, Suite 201
                    Woodbury, New York 11797
                    Phone: (516) 681-1100
                    Fax: (516) 681-1101

cc: All Counsel of Record (*via ECF*)

1